# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3880

_____

VLADISLAV LOBIDIN,

    Appellant,

    v.

FLORIDA STATE UNIVERSITY,

    Appellee.

_____

On appeal from the Florida Commission on Human Relations. Michelle Wilson, Executive Director.

September 5, 2018

PER CURIAM.

Appellant seeks review of the dismissal of his Whistle-Blower's Act complaint against Florida State University by the Florida Commission on Human Relations. Appellant contends that the Commission erred by summarily dismissing his complaint on the basis of untimeliness. We agree because, by rule, the sixty-day time period to file a complaint, *see* § 112.31895(1)(a), Fla. Stat. (2016), extended "until the end of the next day that is not a Saturday, Sunday, or legal holiday." Fla. R. Jud. Admin. 2.514(a) (computing time periods for statutes that do not otherwise specify a method of computing time).

In this instance, Appellant's complaint should not have been summarily dismissed despite being filed on the sixty-second day—

May 30, 2017—after the date of harm it identified—March 29, 2017—because the sixtieth day fell on a weekend, and the complaint was filed on the first day following the weekend and holiday Monday. *See Johnson v. Fla. Dep't of Corr.*, 190 So. 3d 259 (Fla. 1st DCA 2016) (reversing as improper a notice of dismissal entered on timeliness grounds).

We therefore REVERSE and REMAND this matter for additional proceedings.

OSTERHAUS, WINOKUR, and M.K. THOMAS, JJ., concur.

––––––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––––––

Marie A. Mattox, Marie A. Mattox, P.A., Tallahassee, for Appellant.

Lisa C. Scoles, Florida State University, Tallahassee, for Appellee.